GENERAL BUILDING SUPPLY COMPANY, INC. *v.*
ASTRID A. SUNDWALL

The defendant's petition for certification for appeal from the Appellate Court (AC 12227) is denied.

*Astrid A. Sundwall,* pro se, in support of the petition.

Decided July 15, 1993

STATE OF CONNECTICUT *v.* AARON LITTLES

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 47 (AC 10407), is denied.

*Lisa R. Stevens,* deputy assistant public defender, in support of the petition.

Decided July 15, 1993

CLAIRE F. COLLINS *v.* JOHN WETHERBEE

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 518 (AC 11411), is denied.

*Robert L. Hirtle, Jr.,* in support of the petition.

*Matthew J. Collins,* in opposition.

Decided July 15, 1993

STATE OF CONNECTICUT *v.* RICKY ELLIS

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 923 (AC 10760), is granted, limited to the following issues: